UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br> ) <br> ) <br> v.                                                             ) <br> ) <br> SHANE A. BRUCKER                              ) <br> ) <br> Defendant.                              ) | NO.  1:02cr42 |

## OPINION AND ORDER

On August 1, 2022, Defendant Shane A. Brucker ("Brucker"), proceeding *pro se*, filed a "Credit Time Motion". On August 12, 2022, the Court ordered the United States Probation Department to file a response to the motion. This response, dated September 9, 2022, is attached as Exhibit A.

Brucker is currently incarcerated in the Indiana Department of Corrections on a probation violation in his Steuben County criminal case, 76D01-0203-FA-255. Brucker states that he was previously simultaneously supervised by United States Probation for his federal offense, and by the Indiana State Parole for his state offense.  He now argues that he should be given 16 months of good time credit towards his state sentence because he was under "double supervision."  Brucker asserts that "[t]he State is refusing to give credit time served out of state parole and supervised federal probation towards my state sentence violation."

Clearly, however, as the Probation Department correctly concluded, this Court does not have jurisdiction to review a decision by the state court. "Review of state court decisions by lower federal courts, other than under 28 U.S.C. § 2254, is barred by the *Rooker-Feldman* doctrine.  *See Rooker v. Fidelity Trust Co.* 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983)."  Therefore, Brucker's motion for good time credit is

denied.

SO ORDERED.

Entered: September 16, 2022.

                                                                    s/ William C. Lee  
                                                                    William C. Lee, Judge  
                                                                    United States District Court